[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

| | | |
|---|---|---|
| Felipe Gomez | ) | **United States District Court** |
| | ) | **Northern District of Illinois** |
| Plaintiff | ) | Case #_____ |
| | ) | |
| v. | ) | Fair Housing Act, 42 USC 3601 |
| Robert "Bobby" Loncar, Loncar Law | ) | Conspiracy, 42 USC 1985 |
| Ltd., and Linda Schmid | ) | **JURY DEMAND** |
| Defendants | ) | |

## COMPLAINT

1. On August 30, 2018, Landlord Schmid filed a joint eviction against 58 year old Plaintiff-Tenant in Cook County Circuit Court (18M1714022), seeking money and possession for failure to pay rent at his unit in Chicago, Ilinois.

2. Immediately after being notified of the lawsuit, undersigned notified Defendant Loncar (sued pesonally and as Loncar Law Ltd, collectively "Bobby") the Defendant Schimd had been as was continuing to steal Plaintiff's electric, that reduced rent had been offered and refused, and that the theft had been documented by Comed and other entitities and was under active investigation by the authorities, that the lawsuit was in retailiation for reporting her, and demanded that Bobby have his client immediately cease and desist from stealing and that the lawsuit be settled by Plaintiff offering possession by the end of November.

3. Bobby refused possesson and has steadfastly refused to have his client cease her theft and various other harrassments such as tearing down Plaintiff's laundry and spitting on it, all of which actions Bobby was repeatedly notified of and demanded to correct, and on information and belief, Bobby has either knowingly allowed or encourages, and has instead continued to litigate the case despite knowing its harrassing nature and the ongoing theft of electric service.

4. Plaintiff has suffered injury and damages as a direct result of Bobby and Schmids illegal conspiracty to steal and harrass Plaintiff.

5. Plaintiff alleges that such conduct violates Plaintiff's rights under 42 USC 3601 et seq, and rises to a violation of 42 USC 1985 in doing so.

WHEREFORE, Plaintiff respectfully seeks that this Court order that the electric theft and other harrasment of Plaintiff cease immediately, that the Defendants be found liable to Plainitff for violating 42 USC 360, et seq. adn 42 USC 1985, and that Plainitff be awarded his out of pocket damages, $50,000 in punitive damages, and attorney's fees and costs.

Submitted By: s/ *Felipe Gomez*

Dated: 10.1.18

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]